

Same case below, 355 Fed. Appx. 53.

**No. 10-5169. Ivory Lee Coleman, Petitioner v. United States.**

562 U.S. 907, 131 S. Ct. 253, 178 L. Ed. 2d 168, 2010 U.S. LEXIS 6975.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 982 A.2d 1148.

**No. 10-5170. Ricardo Jose Calderon-Lopez, Petitioner v. United States.**

562 U.S. 907, 131 S. Ct. 253, 178 L. Ed. 2d 168, 2010 U.S. LEXIS 6971,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-5173. Cyrus Y. Kim, Petitioner v. United States.**

562 U.S. 907, 131 S. Ct. 254, 178 L. Ed. 2d 168, 2010 U.S. LEXIS 6904,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5174. Michael Morgan, Petitioner v. Kathy Minger.**

562 U.S. 907, 131 S. Ct. 254, 178 L. Ed. 2d 168, 2010 U.S. LEXIS 7352.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5177. Stephen Charles Forde, Petitioner v. California, et al.**

562 U.S. 907, 131 S. Ct. 254, 178 L. Ed. 2d 168, 2010 U.S. LEXIS 7124.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5178. Fabian Santiago, Petitioner v. Deirdre Battaglia, et al.**

562 U.S. 907, 131 S. Ct. 254, 178 L. Ed. 2d 168, 2010 U.S. LEXIS 6940.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5179. Kushal Shah, fka Gerron Lindsey, Petitioner v. Delaware.**

562 U.S. 908, 131 S. Ct. 254, 178 L. Ed. 2d 168, 2010 U.S. LEXIS 7217.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 992 A.2d 1237.

**No. 10-5180. Ronald Murray, Petitioner v. Jason Lene, et al.**

562 U.S. 908, 131 S. Ct. 255, 178 L. Ed. 2d 168, 2010 U.S. LEXIS 7092.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 595 F.3d 868.